IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DWIGHT MAJERES and ELAYNE MAJERES,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NEBRASKA SCHOOL BUS, WAYNE SCHOOL BUS, TYLER BUS SERVICE, and CHRIS N. LUEDERS,<br><br>　　　　　Defendants. | 8:06CV592<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

　　　　This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

　　　　SO ORDERED.

　　　　DATED this 1st day of November, 2006.

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　JOSEPH F. BATAILLON
　　　　　　　　　　　　　　　　　Chief United States District Judge