IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 DEC -7 AM 11: 09

OFFICE OF THE CLERK

| | |
|---|---|
| DWIGHT MAJERES and ELAYNE MAJERES,<br><br>Plaintiffs,<br><br>vs.<br><br>NEBRASKA SCHOOL BUS, INC., WAYNE SCHOOL BUS, INC., TYLER BUS SERVICE, INC., and CHRIS N. LUEDERS,<br><br>Defendants. | CIVIL NO. 806 CV 592<br><br>CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE |

## CONSENT TO EXERCISE OF JUDISDICTION BY A
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. §636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including the trial, and order of the entry of a final judgment. Any appeal shall be taken to the United States Court of Appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For: Plaintiffs | 12/5/06 |
| [signature] | For: Defendants | 12/5/06 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable _F.A. Gossett_, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

12/6/06
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.