IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DWIGHT MAJERES, et al., ) | Case No. 8:06CV592 |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| NEBRASKA SCHOOL BUS, INC., et al., ) | |
| Defendant. ) | |

Upon notice of settlement given to the magistrate judge by the office of Michael Gibbons, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **January 18, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F. A. Gossett, at gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference of May 19, 2008 and the jury trial set for June 3, 2008, are cancelled upon the representation that this case is settled.

Dated this 18th day of December 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge