IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DWIGHT MAJERES and ELAYNE MAJERES,<br><br>　　　　Plaintiffs<br><br>vs.<br><br>NEBRASKA SCHOOL BUS, INC.<br>WAYNE SCHOOL BUS, INC.<br>TYLER BUS SERVICE, INC., and<br>CHRIS N. LUEDERS,<br><br>　　　　Defendants. | CIVIL NO. 8:06 CV 592<br><br><br>ORDER FOR DISMISSAL<br>WITH PREJUDICE |

　　　Pursuant to the Stipulation (#35) and agreement by and between the parties hereto, and the Court, being fully advised in the premises:

　　　IT IS SO ORDERED, ADJUDGED AND DECREED that the above-entitled matter be, and the same hereby is, dismissed with prejudice, each party to pay its own costs, complete record waived.

　　　DATED THIS 10th day of January, 2008.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　S/ F. A. Gossett
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Prepared and Submitted by:

Michael T. Gibbons  #21263
Woodke & Gibbons, P.C., L.L.O.
7253 Grover Street
Omaha NE 68124
(402) 391-6000
Attorneys for Defendant

Approved as to Form and Content:

Richard L. Walentine #18666
Walentine O'Toole McQuillan & Gordon
11240 Davenport Street
Omaha NE 68154
(402) 330-6300
Attorneys for Plaintiffs